UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 20-20864-CIV-MORENO**

NATALIE SUESCAN, as the natural parent of
Emily Elise Hernandez,

        Plaintiff,

vs.

DURACELL INC. a/k/a THE DURACELL
COMPANY and WALGREEN CO., a foreign
profit corporation,

        Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS**

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motion to Strike Liability Expert and To Prevent Plaintiff From Calling Experts at Trial and Defendants' Motion for Spoliation-Caused Sanctions, which were both filed on **November 20, 2020**. Magistrate Judge Goodman filed Report and Recommendations on the motions **(D.E. 32 and 33)**.

As to the Report and Recommendation on Defendants' Motion to Strike Liability Expert and to Prevent Plaintiff From Calling Experts at Trial **(D.E. 32)**, filed on June 11, 2021, Magistrate Judge Goodman recommends that the motion be granted in part and denied in part, recommending that the Court (1) exclude all of Plaintiff expert witnesses other than Meier; (2) require Plaintiff to provide all of the materials missing from Meier's report (assuming any are missing) within five days, including an expert report signed by Meier; (3) permit Defendants to take a second deposition of Meier within two weeks of receiving the additional information; and (4) permit Defendants to obtain supplemental expert opinions from their experts, based on the new material provided. No objections to that Report and Recommendation were filed. Instead, the Plaintiff filed a reply, stating that "there was a communication mistake and Mr. Meier sent an email to [Plaintiff's counsel] but not the documents to the Defendant" and that "[o]n June 15, 2021, [Plaintiff's counsel] was informed that all of the requested documents had been sent to the Defendant's attorney." (D.E. 34 ¶¶ 3-4).

Regarding the Report and Recommendation on Defendants' Motion for Spoliation-Caused Sanctions, filed on June 14, 2021, Magistrate Judge Goodman recommends that the Court permit the parties to submit evidence on the timing of the warning letter and to ask the jury if the "forward-all-batteries" letter was received *before* or *after* the batteries were discarded. In his well-reasoned report, Magistrate Judge Goodman further recommends that if the batteries were discarded after the letter was received, then the Court should dismiss the case with prejudice, and, on the other hand, if the batteries were discarded before the letter, then the Court should not impose sanctions. Specifically, Magistrate Judge Goodman recommends that the Court give jury instructions and a verdict form with a special interrogatory: were the five batteries not sent to Duracell discarded before or after Plaintiff's counsel received the March 28, 2016 letter? If the jury's answer is "after," then the case should be dismissed with prejudice. However, if the jury's answer is "before," then no sanctions should be imposed. No objections to this Report and Recommendation have been filed and the time to do so has passed.

Thus, after review of the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendations **(D.E. 32 and 33)** are **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants' Motion to Strike Liability Expert and to Prevent Plaintiff From Calling Experts at Trial **(D.E. 27)** is **granted in part and denied in part as follows**: (1) all of Plaintiff's expert witnesses other than Meier are excluded; (2) Plaintiff shall provide all of the materials missing from Meier's report (assuming any are missing) within five days, including an expert report signed by Meier; (3) Defendants are permitted to take a second deposition of Meier within two weeks of receiving the additional information; and (4) Defendants are permitted to obtain supplemental expert opinions from their experts, based on the new material provided.

**ADJUDGED** that a ruling on Defendants' Motion for Spoliation-Caused Sanctions is **deferred** until trial. At trial, the Court shall give jury instructions and a special verdict form with a special interrogatory, as noted in Magistrate Judge Goodman's well-reasoned report. The Court will then determine whether sanctions are appropriate based on the jury's finding.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of June 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman
Counsel of Record